UNITED STATES POSTAL SERVICE
$ 02.5
MAR 07
0004217666
MAILED FROM ZIP CODE 9

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

NAME: JOHN VILLA
CDC NO: J38001   HOUSING: A-1-122

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
P.O. BOX 36060
SAN FRANCISCO, CA. 94102

RECEIVED
MAR 09 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. MARSHALS SERVICE
MAR 0 2007
RECEIVED BY