**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DANIEL VILLA, | No. C 07-1436 WHA (PR) |
| Plaintiff, | **ORDER APPOINTING COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| LINDA ROWE; JENNIFER SWINEY; BHAWANA JAIN; VICKI FOWLER; AUGUSTE REALLON; SHIRLEY KEYS; JOSEPH KRAVITZ; MAUREEN McLEAN, | |
| Defendants. / | |

Plaintiff having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent plaintiff having been located,

IT IS HEREBY ORDERED THAT: James Wood and Juliet Starrett and the law firm of Reed Smith, L.L.P., 101 Second Street, San Francisco, California 94105, are appointed as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by counsel, are hereby ordered to appear at a Case Management Conference before the undersigned on **April 29, 2010**, at 11:00 a.m. in Courtroom No. 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, for the purpose of setting trial and pretrial dates. No later than **April 22,**

**2010**, the parties shall file a joint case management statement pursuant to Civil Local Rule 16-9.

Any request to reschedule the date of the conference must be made in writing upon a showing of good cause, preferably by stipulation, and not later than **April 19, 2010**.

The clerk shall add plaintiff's appointed counsel to the docket, and serve a copy of this order upon counsel for both parties.

**IT IS SO ORDERED.**

Dated: March   23  , 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\VILLA1436.APT.wpd

2