UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DANIEL VILLA,<br><br>    Plaintiff,<br><br>v.<br><br>LINDA ROWE; JENNIFER SWINEY; et al.,<br><br>    Defendants. | Case No. CV07-01436 WHA<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the court, LINDA ROWE substitutes Alan L. Martini, State Bar No. 77316, as counsel fo record in the place of Thomas A. Blake, State Attorney General's Office.

Contact information for new counsel is as follows:

**Firm Name:** SHEUERMAN, MARTINI & TABARI
**Address:** 1033 Willow Street
San Jose, California 95125
**Telephone:** 408.288.9700
**E-mail:** amartini@smtlaw.com

I consent to the above substitution.

Dated: 6-14-10

_[signature]_
LINDA ROWE, M.D.

I consent to being substituted.

Dated: June 7, 2010

STATE ATTORNEY GENERAL'S OFFICE

By: _[signature]_ Tom Blake
Deputy Attorney General

I consent to the above substitution.

Dated: June 28, 2010

SHEUERMAN, MARTINI & TABARI

By: _[signature]_
ALAN L. MARTINI

---
CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

1     The substitution of attorney is hereby approved and so ORDERED.

3 Date: _____July 6, 2010._____     _____
                                                       JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge William Alsup*