IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.

No. C 07-01436 WHA

**ORDER GRANTING EXTENSION OF TIME TO COMPLETE EARLY NEUTRAL EVALUATION**

    The parties have stipulated to extend the deadline to complete early neutral evaluation from August 3 to August 13, 2010. So long as the parties do not use this extension as a justification to seek to extend any other deadlines in the case management schedule, the stipulation is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: July 23, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE