UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. VILLA, JR.,<br><br>        Plaintiff,<br><br>vs.<br><br>LINDA ROWE; JENNIFER SWINEY; BHAWNA JAIN; CLAIRE WILLIAMS; VICKI FOWLER; AUGUSTE REALLON; SHIRLEY KEYS; JOSEPH KRAVITZ; MAUREEN McLEAN; and R. SNYDER,<br><br>        Defendants. | No.: C07-01436 WHA<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME TO COMPLETE DEPOSITIONS |

The parties have stipulated to extend the time to complete depositions until February 1, 2011 and having found that there is good cause to extend the time, the extension is granted.

**IT IS SO ORDERED.**

DATED: January __7__, 2011.

*/s/ William Alsup*
Honorable William H. Alsup
United States District Court Judge

— 1 —