1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    JOHN DANIEL VILLA JR.,

11          Plaintiff,                              No. C 07-01436 WHA

12    v.

13    LINDA ROWE, JENNIFER SWINEY,          **ORDER GRANTING CONTINUANCE**
      and BHAWNA JAIN,

14

15          Defendants.
      _____/

16

17          The parties have stipulated to continue pretrial deadlines, the pretrial conference, and the

18    trial date by 60 days.  The stipulation is **GRANTED**.  There will be no more continuances.  The

19    case management order (Dkt. No. 36) shall be modified only to the following extent:

20          The non-expert discovery cut-off date shall be **APRIL 1, 2011**.

21          The last date for designation of expert testimony and disclosure of full expert reports

22    under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening

23    reports") shall be **APRIL 1, 2011**.  The deadlines that follow from the deadline for opening

24    reports in the case management order shall now follow from the new deadline.  In other words,

25    opposition reports shall be due within fourteen calendar days of April 1, etc.

26          The last date to file dispositive motions shall be **MAY 2, 2011**.

27          The final pretrial conference shall be at **2:00 P.M. ON JULY 5, 2011**.

28

**United States District Court**
For the Northern District of California

1    A jury trial shall begin on **JULY 18, 2011, AT 7:30 A.M.**, in Courtroom 9, 19th Floor, 450

2  Golden Gate Avenue, San Francisco, California, 94102.

3        **IT IS SO ORDERED.**

4

5  Dated:  January 12, 2011.

6                                              WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2