IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.

No. C 07-01436 WHA

**ORDER DENYING REQUEST FOR CASE MANAGEMENT CONFERENCE**

    The parties have submitted a "joint case management conference statement" in which they "request the Court set this matter for trial on a date certain" and request a case management conference to discuss this same. This request is **DENIED**. The pretrial conference will proceed on July 5, 2011, at 2:00 p.m. The parties need not be concerned about the timing of plaintiff's prison transfer, as there will be ample time between the pretrial conference and the beginning of trial given the months-long, many-defendant criminal trial that is currently occupying the Court and about which the parties are aware.

    **IT IS SO ORDERED.**

Dated: June 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE