**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.
                                 /

No. C 07-01436 WHA

**ORDER REGARDING SETTING TRIAL DATE GIVEN LOGISTICS OF PLAINTIFF'S PAROLE HEARING**

      At the pretrial conference yesterday, plaintiff's counsel requested that in setting the trial date in this matter — given the current trial that is proceeding before the undersigned, and other matters set for trial — the judge keep in mind that plaintiff has a parole hearing scheduled for September 18 that he would like to be available to attend. Counsel stated that plaintiff is currently being housed at San Quentin and will be there through the trial. Defendant is otherwise housed at Ironwood State Prison (Dkt. No. 98).

      This order requests that plaintiff's counsel respond with and clarify the following information:

- Will the parole hearing occur at San Quentin or Ironwood?

- In either case, how many days off of trial would need to be taken to allow plaintiff to attend his parole hearing, including travel time, if trial were proceeding during that time?

- Counsel also stated that plaintiff would like to be available for other meetings in preparation for his parole hearing. Would those occur at San Quentin or Ironwood? How much time off would those require?

- If any movement from San Quentin back to Ironwood is required for any of the above, specifically how many days notice do prison officials require before they move plaintiff back so he is available for trial, if trial is set by the Court to commence on fairly short notice?

The judge is only able to accommodate plaintiff if he knows realistically what the logistical facts are. Counsel shall please consult with whoever is necessary and submit a clarifying response, endeavoring to be specific whenever possible. Counsel may also subsequently provide updates as appropriate.

**IT IS SO ORDERED.**

Dated: July 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE