IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.
_____/

No. C 07-01436 WHA

**ORDER TO SHOW CAUSE**

    Michael Martel, Warden of San Quentin State Prison, is ordered to show cause why he should not be held in contempt for failure to comply with the writ ad testificandum issued by this Court, including the orders therein that plaintiff John Villa be allowed to consult with his attorneys and regarding plaintiff's transportation. Cause must be shown in writing by **NOON ON TUESDAY, JULY 26, 2011** (or sooner), and at a hearing on **JULY 28, 2011, AT 2:00 P.M.** Plaintiff's counsel shall serve this order on counsel for the State of California and San Quentin State Prison by **NOON ON JULY 20, 2011**, and file proof of service on the docket.

    **IT IS SO ORDERED.**

Dated: July 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE