UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DANIEL VILLA, JR.<br><br>Plaintiff,<br><br>v.<br><br>LINDA ROWE; JENNIFER SWINEY; BHAWNA JAIN; VICKI FOWLER; AUGUSTE REALLON; SHIRLEY KEYS; JOSEPH KRAVITZ; MAUREEN McLEAN; RITA SNYDER;<br><br>Defendants. | Case No. C07-01436 WHA<br><br>**STIPULATION FOR AN ORDER SHORTENING TIME AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that defendants, LINDA ROWE, M.D. and BHAWNA JAIN, M.D.'s motion to allow the testimony of Howard Gard, M.D. by video teleconferencing can be heard on shortened notice on July 28, 2011 at 2:00 p.m. Coincidentally, another motion in this case (an order to show cause against the warden) is also set for that same date and time. It is also stipulated that any opposition is due July 26, 2011 and there will be no need to file a reply.

This matter may commence trial at any time after August 8, 2011, so it is necessary to have the motion heard prior to that time, to make appropriate arrangements to arrange for Dr. Gard's testimony by video conferencing.

///

///

| | | |
|---|---|---|
| 1 | Dated: July 19, 2011 | SHEUERMAN, MARTINI & TABARI |
| 2 | | |
| 3 | | By:_____ |
| 4 | | ALAN L. MARTINI<br>Attorneys for Defendants, |
| 5 | | LINDA ROWE, M.D. and<br>BHAWNA JAIN, M.D. |
| 6 | Dated: July 19, 2011 | REED SMITH LLP |
| 7 | | |
| 8 | | By: /s/ James M. Wood<br>JAMES M. WOOD |
| 9 | | Attorneys for Plaintiff<br>JOHN D. VILLA, JR. |
| 10 | Dated: July 19, 2011 | LEWIS, BISBOIS, BISGAARD & SMITH, LLP |
| 11 | | |
| 12 | | |
| 13 | | By: /s/ Reuben Jacobson<br>REUBEN B. JACOBSON<br>MICHAEL S. ROMEO |
| 14 | | Attorneys for Plaintiff<br>JOHN D. VILLA, JR. |

## ORDER

IT IS SO ORDERED.  Defendants' motion will be heard on July 28, 2011 at 2:00 p.m. and oppositions, if any, will be due July 26, 2011 at noon.

Dated: July 20, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE