IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.

    /

No. C 07-01436 WHA

**NOTICE REGARDING TRIAL DATE**

    Due to an ongoing criminal trial, the earliest the trial in this matter will be able to begin will be **MONDAY, AUGUST 15, AT 7:30 A.M.** As before, as much notice as possible will be provided when the final trial date is set.

Dated: July 25, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE