**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

  v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.
                              /

No. C 07-01436 WHA

**REQUEST FOR RESPONSE FROM PLAINTIFF'S COUNSEL REGARDING WARDEN MARTEL'S RESPONSE TO ORDER TO SHOW CAUSE**

    Plaintiff's counsel shall please respond to the submission of Michael Martel, Warden of San Quentin State Prison, in response to the order to show cause by **JULY 27, 2011, AT 9:00 A.M.**

    **IT IS SO ORDERED.**

Dated: July 26, 2011.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE