IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

  v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.

No. C 07-01436 WHA

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    After review of the submissions of Michael Martel, Warden of San Quentin State Prison, and plaintiff's counsel — in which plaintiff withdraws his motion without prejudice and requests that the order to show cause be discharged — and for the reasons stated therein, the order to Warden Martel to show cause is discharged and the show cause hearing on July 28 is **VACATED**.

    **IT IS SO ORDERED.**

Dated: July 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE