IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

  v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.

No. C 07-01436 WHA

**NOTICE REGARDING TRIAL DATE**

    The parties are hereby notified that the trial in this matter will likely begin on **TUESDAY, AUGUST 16, AT 7:30 A.M.** This update is provided given the state of the criminal trial that has been proceeding before the undersigned judge. Updates will be provided as we approach August 16.

Dated: August 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE