United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

  v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.
                                /

No. C 07-01436 WHA

**ORDER REGARDING TRIAL DATE**

    Trial in this matter is continued to and will commence on **MONDAY, OCTOBER 17, AT 7:30 A.M.** This new date is set given the state of the criminal trial that has been proceeding before the undersigned judge and given the parties' unavailability in September (Dkt. No. 145).

    Plaintiff shall please submit a renewed application for an order to the Marshal permitting use of equipment at trial after consultation with the Court's Deputy Clerk, Dawn Toland, closer to the new trial date.

    **IT IS SO ORDERED.**

Dated: August 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE