James M. Wood (SBN 058679)
jmwood@reedsmith.com
Phillip H. Babich (SBN 269577)
pbabich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Plaintiff
John D. Villa, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. VILLA, JR.,<br><br>    Plaintiff,<br><br>  vs.<br><br>LINDA ROWE, et al.,<br><br>    Defendants. | No.:  C 07-01436 WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JOHN D. VILLA, JR.'S APPLICATION PURSUANT TO GUIDELINES FOR TRIAL FOR ORDER TO UNITED STATES MARSHAL PERMITTING USE OF EQUIPMENT AT TRIAL**<br><br>**Place:  Courtroom 9**<br>**Amended Compl. Filed: November 30, 2007**<br>**Trial Date:  October 17, 2011**<br><br>**Honorable William H. Alsup** |

The Court has considered Plaintiff John D. Villa, Jr.'s Application Pursuant To Guidelines For Trial For Order To United States Marshal Permitting Use Of Equipment At Trial.

Being so informed, Plaintiff John D. Villa, Jr.'s application should be granted and therefore,

IT IS ORDERED THAT:

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1.      Plaintiff's Application Pursuant To Guidelines For Trial For Order To United States Marshal Permitting Use Of Equipment At Trial is granted; and

2.      The United States Marshal of this Court is directed to permit the following equipment be brought to trial:

High lumens courtroom projector

Large projection screen

Courtroom speaker

4 LCD monitors

Mini audio/video switcher

Audio and video cables

3.      The technicians who will set this equipment up are Michael Skrzypek employed by The Focal Point or David Bonson of Reed Smith LLP.

DATED:  September 26, 2011.

By_____

William Alsup
UNITED STATES DISTRICT JUDGE

US_ACTIVE-106947144.1-JMWOOD

[Proposed] Order Granting Plaintiff's Application Permitting Use of Equipment at Trial

REED SMITH LLP
A limited liability partnership formed in the State of Delaware