IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DANIEL VILLA JR., | No. C 07-01436 WHA |
| Plaintiff, | |
| v. | **ORDER POSTPONING TRIAL** |
| LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN, | |
| Defendant. | |

Due to the Court's schedule, the jury trial set for October 17, 2011 is postponed to be reset within a reasonable time.

**IT IS SO ORDERED.**

Dated: October 12, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE