**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,                           No. C 07-01436 WHA

        Plaintiff,

  v.                                                          **NOTICE**

LINDA ROWE, JENNIFER SWINEY,
and BHAWNA JAIN,

        Defendants.

                          /

      This case is near trial, but due to a long criminal trial that will consume the undersigned judge's time between now and at least the end of February, perhaps longer, the parties herein are invited (but not required) to stipulate to re-assign this case for all remaining purposes to a magistrate judge, either one agreed to by the parties or one to be randomly assigned. Counsel must meet and confer on this and report back to the Court by **OCTOBER 31, 2011**. Any consent must be mutual, in writing, and signed by counsel for all parties.

      **IT IS SO ORDERED.**

Dated: October 19, 2011.

                                        
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE