**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

  v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.
                                  /

No. C 07-01436 WHA

**QUESTION FROM COURT**

     There is a good possibility that the Court could try this case the week of December 5, 2011. Please let the Court know by **NOON ON NOVEMBER 18, 2011**, whether this timing would work for witnesses and the parties.

**IT IS SO ORDERED.**

Dated: November 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE