IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DANIEL VILLA JR., | No. C 07-01436 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING TRIAL DATE** |
| LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN | |
| Defendants. | |

This case shall go to **JURY TRIAL** on **FEBRUARY 21, 2012, AT 7:30 A.M.**  Jury selection will begin on February 21, at 7:30 a.m.  Trial will immediately follow.

**IT IS SO ORDERED.**

Dated:  November 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE