IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA, JR.,

    Plaintiff,

  v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.
                                          /

No. C 07-01436 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

On November 21, 2011, plaintiff John Villa filed a motion to amend the pretrial order and request to replace trial exhibit number 33 (Dkt. No. 205). Pursuant to Civil Local Rule 7-3, defendants' opposition or statement of non-opposition to the motion was due December 5, 2011. None was filed. Accordingly, defendants are hereby **ORDERED TO SHOW CAUSE** why the motion should not be decided on the papers currently on file. Defendants must file a written response to this order by **DECEMBER 14, 2011**. If no response is filed or if good cause is not shown, then the motion will be decided on the papers. The motion hearing previously set for December 29, 2011, is **VACATED**.

    **IT IS SO ORDERED.**

Dated: December 9, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE