IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA, JR.,

    Plaintiff,

  v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendant.

No. C 07-01436 WHA

**ORDER FINDING GOOD CAUSE SHOWN AND SETTING BRIEFING SCHEDULE AND HEARING DATE**

    Defendants Jennifer Swiney, M.D., Linda Rowe, M.D., and Bhawna Jain, M.D. failed to timely respond to plaintiff John Villa's motion to amend the pretrial order and request to replace trial exhibit number 33 and were ordered to show cause why the motion should not be decided on the papers that were on file at the time. Defendants have responded to the order to show cause and submitted opposition briefs. Good cause having been shown, the opposition briefs are deemed filed. Plaintiff's reply is due **DECEMBER 27, 2011**. The motion hearing will be at **8:00 A.M. ON JANUARY 12, 2012**.

    **IT IS SO ORDERED.**

Dated: December 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE