IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

  v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.

No. C 07-01436 WHA

**ORDER ON MOTION TO AMEND PRETRIAL ORDER AND REQUEST TO REPLACE TRIAL EXHIBIT NO. 33**

Plaintiff moves to amend the pretrial order and to permit plaintiff to replace trial exhibit 33. Defendants oppose. This order follows consideration of full briefing.

The old trial exhibit 33 will remain trial exhibit 33 and the new document will be trial exhibit 33A. Both or either can be used at trial if proven up and admissible. Both sides may update their expert reports to adjust for the addition no later than **JANUARY 30, 2012**. Each side may then depose the other side's expert for 90 minutes on the new document (and its differences from the old document).

The hearing set for January 12, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: January 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE