IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

  v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN

    Defendants.
    /

No. C 07-01436 WHA

**ORDER REQUIRING EXPEDITED RESPONSE**

Plaintiff has submitted a request for an order shortening time to set a hearing on a petition for writ of habeas corpus ad testificandum. Due to the timely nature of the request, any opposition to the order to shorten time shall be filed by **4 P.M. TODAY, JANUARY 26, 2012**. While the Court is inclined to grant plaintiff's request, it would also like to provide an opportunity for submission of any opposition prior to issuance of an order this afternoon.

**IT IS SO ORDERED.**

Dated: January 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE