James M. Wood (SBN 058679)
jmwood@reedsmith.com
Phillip H. Babich (SBN 269577)
pbabich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Plaintiff
John D. Mr. Villa, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. VILLA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN, <br><br> Defendants. | No.: C 07-01436 WHA <br><br> **DECLARATION OF PHILLIP H. BABICH IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** <br><br> Date:            February 2, 2012 <br> Time:           8:00 a.m. <br> Courtroom:   9 <br><br> Trial Date:    February 21, 2012 <br> Time:           7:30 a.m. <br> Place:          Courtroom 8 <br> Judge:         Hon. William Alsup |

I, Phillip H. Babich, say:

1.     I am an attorney at law and an associate of the law firm of Reed Smith, attorneys for John D. Villa, Jr. in this action. I am admitted to practice in this court as well as all Courts for the State of California. For the reasons stated, I have personal knowledge of the following and can competently testify to the contents of this Declaration if called as a witness.

2.     I make this declaration in support of Plaintiff's Petition for Writ of Habeas Corpus Ad Testificandum.

3.     The statement of facts in the attached Memorandum is true and correct.

4. Attached as Exhibits 1 – 3 are true and correct copies of the summaries of meetings concerning Mr. Villa's debriefing process as well as the recognition by the Department of Corrections and Rehabilitation as Sensitive Needs prisoner.

5. I met and conferred with counsel for the Warden of San Quentin State Prison on January 20 and 23, 2012, regarding the Petition and our grounds for seeking the conditions specified in the proposed Writ and we could not reach agreement on the terms of the writ.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 26, 2012.

REED SMITH LLP

By  /s/ Phillip H. Babich
    Phillip H. Babich (SBN 269577)
    Attorneys for Plaintiff