EXHIBIT 1

ATE OF CALIFORNIA                                                                           CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION
                                                                                                                                    CDCR 128G (Rev. 11/07)

| o: | J-38001 | Name: | VILLA, JOHN | | | Housing: | B4-109U |
|---|---|---|---|---|---|---|---|
| ustody: | CLOA | PS: | 163 (IV) | WG/PG: | A1/A EFF 08/23/07 | Assignment: | THU |
| el Date: | MEPD 11/02/2012 | | | Reclass: | 06/2010 | Action: | REFER TO CSR RX TX LAC-IV 270 SNY/ SATF-IV SNY; CONTINUE PRESENT PROGRAM UNTIL TRANSFER |

Imate Villa (S) appeared before PBSP THU UCC on this date for Transfer Review. Prior to Committee, S. Soderland, CCI was ssigned as Staff Assistant and was present during Committee, as S is CCCMS Level Of Care. S has graduated the Transitional ousing Unit (THU) program and has successfully completed the second phase of the debriefing process. This transfer onsideration is based on institutional need for Transitional Housing Unit (THU) bed space and shall not be construed as adverse in ature. Committee notes that the safety and security of S and the institution would benefit from his being considered for Sensitive eeds placement. S's case was reviewed by IGI with the CDCR 812A updated, to reflect changes noted in the CDCR 128-B2. lease note the CDCR 128-B2 dated 03/01/08, in the general section of S's central-file, which documents S as a validated dropout f the "Mexican Mafia" (EME) prison gang. Committee notes S's successful completion of the THU Education Program. This rogram consisted of an intensive 14-week curriculum designed to include education, vocational training, personal growth, conflict esolution techniques, and physical education. Participation in all facets of the program was mandatory, as was double celling, xercise yard, day room, and group discussions. The ultimate goal of this program is to reintegrate these inmates into a General opulation (GP) setting. S's performance and participation in the THU Program, as well as the THU Work Program, was rated as verage or above. S has been previously endorsed to SATF-IV SNY. However, due to a tracking error, the endorsement has xpired. S and his assigned caseworker have had several conversations regarding his desire to transfer to LAC-IV 270 SNY. S ishes to transfer to that facility in order to be closer to his family and maintain these ties. If S cannot transfer to LAC-IV 270 SNY, e wishes to be endorsed to SATF-IV SNY. S meets 180 design criteria due to the fact that he was housed in SHU within the last 3 ears. However, this was when S was undergoing the debriefing process. UCC determined that S should be given the opportunity transfer to LAC-IV 270 SNY. This is based on his willingness to debrief, his willingness to walk away from the prison gang, entality and politics, and his positive programming while housed in THU. UCC also notes that S has two confidential enemies oused at LAC IV. However, according to the Assistant C&PR at LAC, these individuals are **not** housed on the SNY Facility. **ommittee acts to refer S to the Classification Services Representative (CSR) with recommendation for Special Transfer onsideration to LAC-IV 270 SNY with an alternate of SATF-IV SNY.** This recommendation to the CSR is a result of having ecific Level placements for gang "drop-outs," along with S's Level-IV placement score of 163. **This is non-adverse transfer, d upon arrival at the new institution, S's WG/PG will be A1/A, with CLOA custody, effective 8/23/07.** The CDCR 127, DCR 812, CDCR 812C, and CDCR 840 has been updated. S participated in Committee and concurred with the Committee's inion that he required placement on a Sensitive Needs Yard at this time, due to his validated drop-out status. S stated, "Thank u, I really need to get to Lancaster to see my family". Based on the THU population pressures, S will be transferred upon CSR dorsement. PC 2950, PC 2933, and PC 2934 complied with and his appeal rights were explained. S was advised of ommittee's decision and his right to appeal. S has been advised that any appeal of this Committee action must be submitted thin 15 working days of this date, whether he has received the CDCR Form 128G Classification chrono or not. Next scheduled ommittee date is 06/2010, for Annual Review.

AIRPERSON: K. CRUSE/FC(A)                    L. WEBSTER/CCI                                              RECORDER: S. WALCH/CCII

mmittee Date: **06/18/2009**    WALCH/sher    Classification    **FACILITY THU UCC REVIEW**                Inst: **PBSP**

Case factors remain the same - SWalch CCII 7/6/09

EXHIBIT 2

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS & REHABILITATION
CDC 128G (Rev. 07/05)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| No: | J38001 | Name: | VILLA, JOHN | | | Housing: | B3-231 |
| Custody: | CLO-A | CS: | 177-IV | WG/PG: | A1/A EFF 08/23/07 | Assignment: | THU EDUCATION PROGRAM |
| Rel Date: | MEPD 11/02/12 | | | Reclass: | ANNUAL 09/2008 | Action: | DIRECT ASSIGN THU PROGRAM; ESTABLISH WG/PG A1/A EFFECTIVE 08/23/07; P/O ACAD (THU EDUCATION) WL; CLEAR TO DOUBLE CELL; CLO-A CUSTODY |
| | IPCH 10/2011 | | | | | | |

Inmate VILLA appeared before the Pelican Bay State Prison (PBSP)-IV, Transitional Housing Unit (THU) Unit Classification Committee (UCC) on this date for his INITIAL Review of Placement in the THU, General Population (GP), at PBSP. Prior to committee, Correctional Officer D. Love was assigned as Staff Assistant, and was present during Committee, as S is Correctional Clinical Case Management Services (CCCMS) Level Of Care (LOC). Committee effectively communicated with S by using short sentences and simple English. S was received in the PBSP-IV General Population from PBSP-SHU for completion of the second phase of the debriefing process and participation in the Transitional Housing Unit. S is currently validated as an affiliate of the "Mexican Mafia" (EME) prison gang per the CDC 128-B-2 dated 04/13/05. Per the CDC 128B dated 03/09/07, authored by the Law Enforcement and Investigations Unit (LEIU), S has completed the first phase of the debriefing process and he will be required to successfully complete an integrated yard program. Upon completion of the program, a validation package requesting dropout status must be submitted. After review of the validation package, a CDC 128B-2 (gang validation chrono) will be issued. Committee notes that, as a validated gang affiliate who has only completed the first phase of the debriefing process, S's housing in General Population is in contradiction to the California Code of Regulations (CCR), Title 15, Sections 3341.5(c)(4) and 3378.1. However, the California Department of Corrections and Rehabilitations and Pelican Bay State Prison has traditionally exempted itself from these regulations and S is endorsed for PBSP-IV for THU placement by the Classification Services Representative (CSR) per the CDC 128G dated 05/02/07. The THU program is an intensive curriculum designed to include education classes, personal growth, conflict resolution techniques and physical education. Participation in all facets of the Program is mandatory, including: double celling, exercise yard, day room and group therapy sessions. The ultimate goal of this program is to reintegrate inmates that dropout of prison gangs into a General Population facility, with sensitive needs noted. Being a SHU inmate housed in the General Population, S is advised of the THU programs zero tolerance policy towards any form of misconduct and that any misconduct may result in his return to segregated housing. S has no known enemies in the THU. **Committee acts to accept S into the THU. Direct assign to the THU Program and establish WG/PG A1/A effective 08/23/07. Place on the ACAD (THU Education Program) waiting list. S is approved for double celling. S is double celled with Inmate White K66643, and states they are compatible. Establish CLO-A Custody.** CASE FACTORS: See CDC 128G dated 08/02/05. A concise Orientation to THU Program has been provided and S will participate and sign that he fully understands the conditions of his placement in the THU Program. PC 2930, 2933, 2934 complied with. S is not restricted from visiting with minors per CCR 3173.1. S is restricted from Family visits per CCR 3177. S participated and agreed with Committee's action, stating that he did not foresee any future problems with his THU Program. S is advised, of the Committee's decision and his right to appeal. S has been / is advised that any appeal of this committee action must be submitted within 15 working days of this date, whether he has received the CDC form 128-G classification chrono or not. Next scheduled reclassification: 09/2008 for Annual Review. BPH Initial Hearing scheduled in 10/2011.

| | | | |
|---|---|---|---|
| CHAIRPERSON: D. BRADBURY, FC | G. KELLEY, LT | D. LOVE, C/O | RECORDER: T. Cook CCII / T. COOK, CCII |

☐OBIS  ☐CSR  ☐IGI  ☐PSYCH  ☐MED  ☐OTHER  ☐C&PR

Committee Date: 09/05/2007    (COOK/pat)    Classification    FACILITY THU    INITIAL UCC REVIEW    Inst: PBSP

EXHIBIT 3

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 128G (Rev. 11/07)

| | | |
|---|---|---|
| ID: J38001 | NAME: VILLA, JOHN | HSG: B3-231L |
| Custody: CLO-A | CS: 169-IV    A1/A EFF 08/23/07 | Assignment: THU ED. PROG |
| MEPD: 11/02/2012 | Reclass: ANNUAL 07/2009 | Action: REFER TO CSR RX TX SATF IV, SNY W/ ALT OF MCSP IV SNY; CPP PBSP IV THU, PENDING ENDORSEMENT AND TX |
| IPCH 10/2011 | | |

Inmate VILLA was reviewed in absentia, per his own request, by PBSP THU UCC on this date for Annual/Transfer Review. Prior to Committee, C/O Love was assigned as Staff Assistant and was present during Committee, as S is CCCMS (128C 06/25/08). S has graduated the Transitional Housing Unit (THU) program and has successfully completed the second phase of the debriefing process. This transfer consideration is based on institutional need for Transitional Housing Unit (THU) bed space and shall not be construed as adverse in nature. Committee notes that the safety and security of S and the institution would benefit from his being considered for Sensitive Needs placement. S's case was reviewed by IGI with the 812A updated, to reflect changes noted in the CDCR 128-B2. Please note the CDCR 128-B2 dated 03/01/08 in the General Section of S's central-file, which documents S as a validated dropout of the "Mexican Mafia" prison gang. Committee notes S's successful completion of the THU Education Program. This program consisted of an intensive 14-week curriculum designed to include education, vocational training, personal growth, conflict resolution techniques, and physical education. Participation in all facets of the program was mandatory, as was double celling, exercise yard, day room, and group discussions. The ultimate goal of this program is to reintegrate these inmates into a General Population (GP) setting. S's performance and participation in the THU Program, as well as the THU Work Program, was rated as average or above. Also noted is S's voluntary involvement with Pelican Bay Reaching Out Convicts to Kids (ROCK) Program. **Committee acts to retain WG/PG A1/A, CLO-A Custody Level, and refer S to the Classification Services Representative (CSR) with recommendation for Special Transfer consideration to SATF-IV SNY with alternate of MCSP-IV SNY.** This recommendation to the CSR is a result of having specific Level placements for gang drop-outs" along with S's Level-IV placement score of 169. This is a non-adverse transfer, and upon transfer, **Committee acts to retain S as WG/PG A1/A, CLO-B Custody and grant "S" time effective the date of transfer, until reassigned.** The CDCR 127, 812, 812C and 840 have been updated. S has no known enemy concerns at the recommended Institutions. Additional case factors are contained in 128G of 08/02/05. During the pre-Committee interview S concurred with the Counselors opinion that he required placement on a Sensitive Needs Yard at this time, due to his validated drop-out status. S stated "I want to go anywhere down south, I would prefer to go to RJD closer to family if you can clear up any enemy concerns, as for me, I consider no one to be an enemy since I got into this program." Based on the THU population pressures, S will be transferred upon CSR endorsement. S is advised, via this chrono, of Committee's decision and his right to appeal. S has been advised that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDCR Form 128G Classification Chrono or not. Next scheduled Committee date is 07/2009 for Annual Review.

| | | | |
|---|---|---|---|
| C. MCGUYER, FC (A) | S. CUPP, LT (A) | | RECORDER: R. SWIFT, CCII |
| 5/2008    (SWIFT/pat) | Classification | FACILITY-THU UCC REVIEW | Inst: PBSP |