IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DANIEL VILLA JR., | No. C 07-01436 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING UPCOMING TRIAL** |
| LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN, | |
| Defendants. / | |

The Court expects this case will go to trial on February 21, 2012, as scheduled, or shortly thereafter. The parties will be notified at the earliest possible date if the trial date needs to be continued.

Dated: January 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE