**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

  v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.
    /

No. C 07-01436 WHA

**NOTICE REGARDING UPCOMING TRIAL**

    The Court expects this case will go to trial on February 21, 2012, as scheduled, or shortly thereafter. The parties will be notified at the earliest possible date if the trial date needs to be continued.

Dated: January 27, 2012.

                                   WILLIAM ALSUP
                                   UNITED STATES DISTRICT JUDGE