IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL VILLA JR.,

    Plaintiff,

  v.

LINDA ROWE, JENNIFER SWINEY, and BHAWNA JAIN,

    Defendants.
                                      /

No. C 07-01436 WHA

**NOTICE CONFIRMING TRIAL DATE**

    The parties are hereby notified that the **JURY TRIAL** shall begin at **7:30 A.M. ON FEBRUARY 21, 2012**, in Courtroom 8, 19th floor at 450 Golden Gate Avenue, San Francisco, California, 94102. Trial hours will be 7:30 a.m. through 1:00 p.m.

    **IT IS SO ORDERED.**

Dated: February 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE