**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    JOHN DANIEL VILLA, JR.,                    No. C 07-01436 WHA
10                Plaintiff,                    **ORDER TO JURY COMMISSIONER**
11        v.
12   DR. LINDA ROWE, et al.,
13                Defendant.
                                           /
14
15        IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall
16   furnish daily refreshments for the members of the jury in the above-entitled matter and during the
17   deliberation lunch shall be furnished for the members of the jury at the expense of the United States
18   District Court Jury Commissioner.
19
20   Dated: February 16, 2012              _____
21                                         WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28