**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN D. VILLA, JR.,

    Plaintiff,

v.

LINDA ROWE and BHAWNA JAIN,

    Defendants.
    /

No. C 07-01436 WHA

**JUDGMENT**

    In accordance with the jury verdict received on February 24, 2012, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Linda Rowe and Bhawna Jain and against plaintiff John D. Villa, Jr. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: March 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE